**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AUGUST ROTH**<br>Plaintiff<br><br>v.<br><br>**AMERICAN SHIPPING COMPANY ASA**<br>Defendant | No: 14-5662 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff August Roth, by his undersigned counsel hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant American Shipping Company ASA.

**BENNETT, BRICKLIN & SALTZBURG LLC**

**BY:** ______________________

**LOUIS E. BRICKLIN, ESQUIRE**
**I.D. #20281**
**Bennett, Bricklin & Saltzburg, LLC**
**1601 Market Street, 16th Floor**
**Philadelphia, PA 19103-2393**
**(215) 561-4300**
**bricklin@bbs-law.com**
**- and –**
**David M. Levy**
**Steven R. Popofsky**
**David M. Schechter**
**Kleinberg, Kaplan, Wolff & Cohen, P.C.**
**551 Fifth Avenue, 18th Floor**
**New York, New York 10176**
**Telephone: (212) 986-6000**
**Facsimile: (212) 986-8866**
**Email: dlevy@kkwc.com**
**spopofsky@kkwc.com**
**dschechter@kkwc.com**

**Attorneys for Plaintiff, August Roth**